UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IngenioSpec, LLC, | § | |
| | § | |
| Plaintiff, | § | NO: AU:25-CV-00867-DAE |
| vs. | § | |
| | § | |
| Apple, Inc. | § | |
| | § | |
| Defendant. | § | |

## ORDER TO TRANSFER

The above-named and numbered cases are transferred from the docket of Senior U.S. District Judge David Ezra to the docket of U.S. District Judge Alan Albright

It is ORDERED that the above matter is hereby TRANSFERRED to the docket of the Honorable Alan Albright. Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving judge.

IT IS SO ORDERED.

DATED: Austin, Texas November 17, 2025.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE